UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Laurestine Hatchett, xxx-xx-4408 | Case No. 17-45163-MBM |
| 5459 Bristol Park | Chapter 7 |
| Clarkston, MI 48348 | Hon. Marci B. McIvor |
| _____/ | |

**NOTICE OF ABANDONMENT OF JUDGMENT**

Chapter 7 Trustee Homer W. McClarty intends to abandon the estate's interest in a default judgment obtained against The Estate of Calvin Donalson aka Larry Donalson for $10,000 in adversary proceeding 17-04673. The judgment debtor deceased prior to the commencement of the adversary proceeding, thereby requiring the Trustee to assert his claim against the probate estate for the deceased. The Trustee filed a Proof of Claim with the Oakland County Probate Court for the decedent estate. Investigation into the assets of the probate estate disclosed only a number of vacant lots, all of which are being foreclosed for non-payment of taxes. To date, the Trustee has been unable to locate any assets from which to collect on the judgment. Due to the costs associated with further collection efforts, the lack of assets available for satisfaction of the judgment, and the Trustee's duty to expeditiously administer the bankruptcy case, the Trustee believes it is in the best interest of the estate to abandon the default judgment.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the Notice, then on or before 14 days from the date of service of this notice, you or your attorney must:

File with the Court an objection or request for hearing at:[1]

    Intake Office
    U.S. Bankruptcy Court
    211 West Fort Street
    Detroit, MI 48226

If you mail your objection or request for hearing to the Court for filing, you must mail it early enough so the Court will **receive** it before the 14-day period expires. All attorneys are required to file pleadings electronically.

You must also send a copy to:

    Mark H. Shapiro, Esq.
    Steinberg Shapiro & Clark
    25925 Telegraph Rd., Suite 203
    Southfield, MI 48033

If you or your attorney do not take these steps, the judgment will be deemed abandoned immediately upon expiration of the 14-day period stated above.

    Steinberg Shapiro & Clark

    /s/ Mark H. Shapiro (P43134)
    Attorney for Trustee
    25925 Telegraph Rd., Suite 203
    Southfield, MI 48033
    (248) 352-4700
    shapiro@steinbergshapiro.com

Date: October 30, 2019

---

[1] Objection or request for hearing must comply with Fed. R. Civ. P. 8(b), (c), and (e).