UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Laurestine Hatchett                    Case No. 17-45163-MAR
                                       Honorable Mark A. Randon
    Debtor.                     Chapter 7
_____/

## NOTIFICATION OF INTENT TO FILE FINAL REPORT

TO THE CLERK OF THE COURT:

This is to inform the Court that the final report and account for this estate will be filed approximately ninety (90) days from the date of this notice.

Dated: March 5, 2020              /s/ Homer McClarty
                                  Homer McClarty (P26670)
                                  Chapter 7 Trustee
                                  19785 West Twelve Mile Road
                                  #331
                                  Southfield, MI 48076
                                  (248) 352-7686
                                  trustee@morganmcclarty.com